**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number (if known): _____   Chapter   7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7

   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Intelligent Surveillance Corporation

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, names, trade names, or *doing business as* names.

   USA Trail Camera
   USA Trail Cams, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___-_____
   EIN

5. **Debtor's address**

   **Principal place of business**

   122 Industrial Drive
   Number   Street

   Forney    TX    75126
   City      State   ZIP Code

   Kaufman
   County

   **Mailing address, if different**

   PO Box 12168
   Number   Street

   P.O. Box

   College Station   TX    77842
   City              State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City              State   ZIP Code

6. **Debtor's website (URL)**   www.intelligentsurveillancecorp.com

Debtor **Intelligent Surveillance Corporation**    Case number (if known) _____
      Name

6. **Debtor's website (URL)**    www.intelligentsurveillancecorp.com

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**
   
   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                   MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**
    
    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**
    
    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).
    
    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor **Intelligent Surveillance Corporation**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Abacus Technologies, Inc. | Business Debt | $327,000.00 |
| Brace Built | Business Debt | $653,441.94 |
| IMS Machine | Business Debt | $125,925.00 |
| Operational Product Supply & Services | Business Debt | $1,080,412.00 |
| | Total of petitioners' claims | $2,186,778.94 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Abacus Technologies, Inc.
Name
34114 Mannix Drive
Number   Street
Naples                    FL          34114
City                      State       ZIP Code

Name and mailing address of petitioner's representative, if any

John R. Power
Name
34114 Mannix Drive
Number   Street
Naples                    FL          34114
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06 / 11 / 2021
            MM / DD / YYYY

X _____ (signature) _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Joyce W. Lindauer
Printed name
Joyce W. Lindauer Attorney, PLLC
Firm name, if any
1412 Main Street, Suite 500
Number   Street
Dallas                    TX          75202
City                      State       ZIP Code

Contact phone 972-503-4033
Email          joyce@joycelindauer.com
Bar number     21555700
State          TX

X _____ (signature) _____
Signature of attorney
Date signed 6 / 11 / 2011
            MM / DD / YYYY

Debtor __Intelligent Surveillance Corporation__  Case number (if known) _____
        Name

**Name and mailing address of petitioner**

| | |
|---|---|
| **Brace Built** | **Joyce W. Lindauer** |
| Name | Printed name |
| **540 Easy Street** | **Joyce W. Lindauer Attorney, PLLC** |
| Number  Street | Firm name, if any |
| **Garland**   **TX**   **75042** | **1412 Main Street, Suite 500** |
| City  State  ZIP Code | Number  Street |
| | **Dallas**   **TX**   **75202** |
| | City  State  ZIP Code |

**Name and mailing address of petitioner's representative, if any**

| | |
|---|---|
| **Matt Brace** | Contact phone **972-503-4033** |
| Name | Email   joyce@joycelindauer.com |
| **540 Easy Street** | Bar number   **21555700** |
| Number  Street | State   **TX** |
| **Garland**   **TX**   **75042** | |
| City  State  ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/11/2021__
       MM / DD / YYYY

X __/s/ M. Brace__
Signature of petitioner or representative, including representative's title

X __/s/ Joyce Lindauer__
Signature of attorney

Date signed __6/11/2021__
       MM / DD / YYYY

**Name and mailing address of petitioner**

| | |
|---|---|
| **IMS Machine** | **Joyce W. Lindauer** |
| Name | Printed name |
| **PO Box 5277** | **Joyce W. Lindauer Attorney, PLLC** |
| Number  Street | Firm name, if any |
| **Granbury**   **TX**   **76049** | **1412 Main Street, Suite 500** |
| City  State  ZIP Code | Number  Street |
| | **Dallas**   **TX**   **75202** |
| | City  State  ZIP Code |

**Name and mailing address of petitioner's representative, if any**

| | |
|---|---|
| **David Rapp** | Contact phone **972-503-4033** |
| Name | Email   joyce@joycelindauer.com |
| **102 Houston Ave., Suite 300** | Bar number   **21555700** |
| Number  Street | State   **TX** |
| **Weatherford**   **TX**   **76086** | |
| City  State  ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
       MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X __/s/ Joyce Lindauer__
Signature of attorney

Date signed __6/11/2021__
       MM / DD / YYYY

Debtor **Intelligent Surveillance Corporation**
Name

Case number (if known) _____

### Name and mailing address of petitioner

**Brace Built**
Name
**540 Easy Street**
Number    Street
**Garland**    **TX**    **75042**
City    State    ZIP Code

Joyce W. Lindauer
Printed name
Joyce W. Lindauer Attorney, PLLC
Firm name, if any
1412 Main Street, Suite 500
Number    Street
Dallas    TX    75202
City    State    ZIP Code

Contact phone 972-503-4033

Email    joyce@joycelindauer.com

Bar number    21555700

State    TX

### Name and mailing address of petitioner's representative, if any

**Matt Brace**
Name
**540 Easy Street**
Number    Street
**Garland**    **TX**    **75042**
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _[signature]_
Signature of attorney
Date signed 6/11/2021
MM / DD / YYYY

### Name and mailing address of petitioner

**IMS Machine**
Name
**PO Box 5277**
Number    Street
**Granbury**    **TX**    **76049**
City    State    ZIP Code

Joyce W. Lindauer
Printed name
Joyce W. Lindauer Attorney, PLLC
Firm name, if any
1412 Main Street, Suite 500
Number    Street
Dallas    TX    75202
City    State    ZIP Code

Contact phone 972-503-4033

Email    joyce@joycelindauer.com

Bar number    21555700

State    TX

### Name and mailing address of petitioner's representative, if any

**David Rapp**
Name
**102 Houston Ave., Suite 300**
Number    Street
**Weatherford**    **TX**    **76086**
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/11/2021
MM / DD / YYYY

X _[signature]_ Attorney for IMS
Signature of petitioner or representative, including representative's title

X _[signature]_
Signature of attorney
Date signed 6/11/2021
MM / DD / YYYY

Debtor  **Intelligent Surveillance Corporation**          Case number (if known) _____
        Name

Name and mailing address of petitioner

**Operational Product Supply & Services** ("OPS2")
Name
**1 Executive Drive, Unit C**
Number    Street
**Toms River**            **NJ**    **08755**
City                      State    ZIP Code

Name and mailing address of petitioner's representative, if any

**Gene Markin**
Name
**Stark & Stark - Attorneys at Law**
Number    Street
**Princeton**             **NJ**    **08543**
City                      State    ZIP Code

Joyce W. Lindauer
Printed name
Joyce W. Lindauer Attorney, PLLC
Firm name, if any
1412 Main Street, Suite 500
Number    Street
Dallas                    TX       75202
City                      State    ZIP Code

Contact phone 972-503-4033

Email     joyce@joycelindauer.com

Bar number  21555700

State     TX

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06-11-2021
            MM / DD / YYYY
X _____
Signature of petitioner or representative, including representative's title
                Attorney for OPS2

X _____
Signature of attorney

Date signed  6/11/2021
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 5